# UNITED STATES DISTRICT COURT
for the

_____ District of ALaSKa

_____ Division

|  |  |
|---|---|
| Christopher Shaun Baldwin | )<br>)<br>) |
| _____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **-v-** | )<br>) |
| City of Ketchikan, Officer Samuel Jenkins, Officer<br>Kimberly Monk, Sean Gilmon, Kelly Smith. | )<br>)<br>)<br>) |
| _____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>) |

Case No. 3:26-CV-00183-SLG
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

RECEIVED

MAY 0 1 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Shaun Baldwin |
| Address | 1717 2nd Ave |
| | Ketchikan AK 99901 |
| | *City* *State* *Zip Code* |
| County | Ketchikan Gateway Borough |
| Telephone Number | 719 344 4870 |
| E-Mail Address | chandlerburns2012@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Ketchikan |
| Job or Title *(if known)* | municipality |
| Address | 333 Schoenbar Rd |
| | Ketchikan AK 99901 |
| | *City* *State* *Zip Code* |
| County | Ketchikan Gateway Borough |
| Telephone Number | 907 228 5600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Officer Samuel Jenkins |
| Job or Title *(if known)* | Police Officer |
| Address | unknown |
| | Ketchikan AK 99901 |
| | *City* *State* *Zip Code* |
| County | Ketchikan Gateway Borough |
| Telephone Number | unknown |
| E-Mail Address *(if known)* | unknown |

☑ Individual capacity ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Kimberly Monk |
| Job or Title *(if known)* | Police officer |
| Address | Unknown |
| | Ketchikan AK 99901 |
| | City State Zip Code |
| County | Ketchikan Gateway Borough |
| Telephone Number | Unknown |
| E-Mail Address *(if known)* | unknown |

☑ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Kelly Smith |
| Job or Title *(if known)* | Coach |
| Address | unknown |
| | Ketchikan AK 99901 |
| | City State Zip Code |
| County | Ketchikan Gateway Borough |
| Telephone Number | unknown |
| E-Mail Address *(if known)* | unknown |

☑ Individual capacity ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Fourth Amendment (unlawful stop),
Fourteenth Amendment (due process and fabrication of evidence)

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Name: Sean Gilmon

Job or Title: unknown

Address: Ketchikan

City State Zip Code

County

Telephone Number

E-Mail Address (if known)

' Individual capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants acted under color of state law. The police officer defendants were acting in their official roles as law enforcement officers. The City of Ketchikan is responsible for the policies and supervision of its officers. The remaining defendants acted jointly with law enforcement in connection with the events described.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Ketchikan Alaska

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 3rd 2024,11pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was lawfully operating his vehicle when defendant Jenkins initiated a traffic stop without observing any traffic violation. The stop was based on a vague and unreliable statement that the plaintiff had stumbled while entering his vehicle, which did not indicate criminal activity or impairment. After the stop, additional claims were introduced that were not part of the original justification, Statements attributed to Defendant Smith changed over time and were inconsistent across proceedings. Defendant Monk and Defendant Gilmon participated in developing or reinforcing this narrative. Plaintiff was prosecuted based on unreliable and contradictory information. As a result, plaintiff suffered loss of liberty, financial harm and other damages.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered loss of employment, financial loss, emotional distress, reputational harm, and deprivation of liberty.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff seeks compensatory damages in the amount of $2,100,000, punitive damages, and any further relief the Court deems appropriate.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/28/2026

Signature of Plaintiff

Printed Name of Plaintiff      Christopher Shaun Baldwin

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address